UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 15-2083-JGB (SP) | Date | July 5, 2016 |
|---|---|---|---|
| Title | DERRICK L. HANFORD v. JOSE CASTRO, et al. | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff(s):            Attorneys Present for Defendant(s):

None Appearing                                            None Appearing

**Proceedings:**   (In Chambers) Order to Show Cause Why Case Should Not Be Dismissed for Failure to Prosecute

On October 9, 2015, plaintiff Derrick L Hanford, proceeding pro se and in forma pauperis, lodged a civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff alleges San Bernardino Police Officers Jose Castro and Edward Lee violated his rights when they arrested him and removed him from his home.

On April 27, 2016, the court issued an Order Dismissing Complaint With Leave to Amend, and granting plaintiff until May 27, 2016 to file a First Amended Complaint in compliance the court's order. More than a month having passed beyond this deadline, the court has not received a First Amended Complaint or any other communication from plaintiff.

Accordingly, within **twenty-one (21)** days of the date of this Order, that is, by **July 26, 2016**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. Plaintiff may discharge the Order to Show Cause by doing one of the following:

1.   Plaintiff may pursue this action further by filing a First Amended Complaint by **July 26, 2016**.

2.   Plaintiff may pursue this action further by filing a Notice of Intent Not to Amend Complaint by **July 26, 2016**. If plaintiff timely files such Notice, the court will recommend dismissal of the complaint and this action for the same reason the court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 15-2083-JGB (SP) | Date | July 5, 2016 |
|---|---|---|---|
| Title | DERRICK L. HANFORD v. JOSE CASTRO, et al. | | |

found the complaint subject to dismissal in the April 27, 2016 Order Dismissing Complaint with Leave to Amend.

**Plaintiff is cautioned that his failure to timely file a response to this Order to Show Cause will be deemed by the court as consent to the dismissal of this action.**